Mark F. Anderson (SBN 44787)
KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER LLP
445 Bush St, 6th Floor
San Francisco, CA 94108
Telephone: (415) 623-3784
Fax: (415) 861-3151
Email: mark@kabolaw.com

Attorneys for Plaintiffs

[Additional Counsel Listed on Signature Page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM O'CONNOR and MELODY O'CONNOR, On Behalf Of Themselves And All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v <br><br> GENERAL MOTORS CORPORATION, <br><br> Defendant. | Case No.2:07-CV-0892 FCD/GGH <br><br> Class Action <br><br> JURY TRIAL DEMANDED <br><br> **STIPULATION REGARDING PRETRIAL SCHEDULING ORDER** <br><br> **ORDER** |

Plaintiffs, William and Melody O'Connor ("Plaintiffs"), and Defendant, General Motors Corporation ("GM" or "Defendant"), respectfully submit this Stipulation and Proposed Order for the Court's consideration and, in support thereof, state as follows:

WHEREAS, on August 29, 2007, the Court entered a Status (Pretrial Scheduling) Order ("Order") which, *inter alia*, set forth a schedule for pre-certification discovery;

WHEREAS, Plaintiffs and Defendant met and conferred about certain aspects of the Order and jointly agreed to minor modifications to the pre-certification discovery schedule; and

WHEREAS, the proposed modifications relate solely to the timing of certain pre-certification deadlines and do not alter the timing of the filing of Plaintiffs' Motion for Class Certification, which deadline remains April 11, 2008, as set forth in the Order.

NOW THEREFORE, the parties hereby STIPULATE AND AGREE as follows:

1. The pre-certification discovery deadline is moved from December 7, 2007 to January 18, 2008;

2. The deadline for Plaintiffs' pre-certification expert disclosures is moved from December 21, 2007 to January 31, 2008;

3. The deadline for Defendant's rebuttal expert disclosures is moved from January 11, 2008 to February 28, 2008;

4. The deadline for the completion of pre-certification expert discovery is moved from February 8, 2008 to March 21, 2008; and

5. The deadline for the filing of Plaintiff's Motion for Class Certification remains April 11, 2008.

DATED: September 6, 2007     DYKEMA GOSSETT, LLP

  /s/ Patricia M. Coleman
Patricia M. Coleman
Tamara A. Husbands
Attorney for Defendant, General Motors Corp.

DATED: September 6, 2007     KEMNITZER, ANDERSON, BARRON OGILVIE & BREWER, LLP

  /s/ Mark F. Anderson
Mark F. Anderson
Attorney for Plaintiffs, William and Melody O'Connor

ORDER

Good cause appearing, the Court hereby ORDERS as follows:

1. The pre-certification discovery deadline is moved from December 7, 2007 to January 18, 2008;

2. The deadline for Plaintiffs' pre-certification expert disclosures is moved from December 21, 2007 to January 31, 2008;

3. The deadline for Defendant's rebuttal expert disclosures is moved from January 11, 2008 to February 28, 2008;

STIPULATION RE: PRETRIAL SCHEDULING ORDER                                                                                         2

4. The deadline for the completion of pre-certification expert discovery is moved from February 8, 2008 to March 21, 2008; and

5. The deadline for the filing of Plaintiff's Motion for Class Certification remains April 11, 2008.

Dated: September 10, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE