Mark F Anderson (SBN 44787)
Matthew Da Vega (SBN 195443)
KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER LLP
445 Bush Street, 6th Floor
San Francisco, CA  94108
Telephone:  (415) 861-2265
Fax:  (415) 861-3151
Email: mark@kabolaw.com

Attorneys for Plaintiffs & the Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| William O'Connor, on behalf of himself and on behalf of all others similarly situated, | ) ) ) | Case No. 2:07-CV-0892 FCD/GGH |
|---|---|---|
| Plaintiff, | ) ) ) | Order re Stipulation Governing the Protection and Exchange of Confidential Material |
| v. | ) ) | |
| General Motors Corporation, | ) ) | |
| Defendant. | ) ) ) | |

Whereas, the parties have entered into a stipulation governing the protection and exchange of confidential material, which was filed in this action on August 10, 2007;

Whereas, the parties wish to have the Court approve the stipulation;

IT IS HEREBY ORDERED that the parties' stipulation governing the protection and exchange of confidential material shall apply to all documents, interrogatory answers, responses to requests to admit, depositions and deposition exhibits, and any other information produced or obtained from any party or non-party in the course of this action, whether produced or obtained pursuant to a formal discovery request or subpoena, a request made at deposition or any other formal

//

//

Order re Confidential Material                  1

or informal means.

Dated: 9/18/07

/s/ Gregory G. Hollows **

_____
Judge of the United States District Court

** Nothing in the approved stipulation of August 10, 2007, permits the parties to file documents under seal without first having obtained permission of the court for good cause shown.

Approved as to form:

_/s/_____
Patricia M. Coleman
Attorney for Defendant GM