**DYKEMA GOSSETT LLP**
PATRICIA M. COLEMAN, SBN: 102646
PETER M. KELLETT, *PRO HAC VICE*
TAMARA A. HUSBANDS, SBN 197153
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone:   (213) 457-1800
Facsimile:   (213) 457-1850
pcoleman@dykema.com
pkellett@dykema.com
thusbands@dykema.com

Attorneys for Defendant
GENERAL MOTORS CORPORATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O'CONNOR and MELODY O'CONNOR, On Behalf Of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION,<br><br>Defendant. | Case No. 2:07-CV-00892-FCD-GGH<br><br>**CLASS ACTION**<br><br>**AMENDED STIPULATION REGARDING MODIFICATION OF PRETRIAL SCHEDULING ORDER**<br><br>**ORDER** |

Plaintiffs William and Melody O'Connor ("Plaintiffs") and Defendant General Motors Corporation ("GM" or "Defendant") respectfully submit this Stipulation and (Proposed) Order for the Court's consideration and, in support thereof, state the following:

WHEREAS, on August 29, 2007, the Court entered a Status (Pretrial Scheduling) Order ("Order") which set forth a schedule for pre-certification discovery, disclosures, Briefing and Hearing, concerning which Order the parties sought and the Court previously granted two modifications thereto, neither of which changed the dates for the filing of any of the class certification briefs or the date of the class certification hearing;

WHEREAS, Plaintiffs and Defendant have further met and conferred this date about certain aspects of the Order and the parties' intention to jointly move the Court for an Order consolidating this action with the related case *Damon Mauro and John Paikai v. General Motors Corporation*,

Case No. 2:07-cv-02469-FCD-DDH and propose the modifications that are the subject of this Stipulation because the parties agree that the two related actions are based upon the same or similar facts, that discovery to date in *O'Connor* shall be applicable to *Mauro* and that additional time is needed to conduct limited further discovery specific to *Mauro* and other related pre-certification activity. The parties are informed that a Joint Motion to Consolidate can be heard no sooner than May 23, 2008, 10 AM in Courtroom 2, if a hearing is required by the Court; and

WHEREAS, the proposed modifications relate to the timing of Plaintiffs' Motion for Class Certification, Defendant's Opposition and Plaintiffs' Reply as well as the date set for hearing on Plaintiffs' Motion for Class Certification in order to accommodate Hearing on the parties' Joint Motion to Consolidate:

THEREFORE, the parties hereby STIPULATE AND AGREE as follows:

1. The date on which Plaintiffs' Motion for Class Certification shall be filed is moved from April 11, 2008, to July 8, 2008;

2. The date on which Defendant's Opposition shall be filed is moved from May 23, 2008, to August 19, 2008;

3. The date on which Plaintiffs' Reply shall be filed is moved from June 13, 2008, to September 9, 2008; and

4. The Hearing on Plaintiffs' Motion for Class Certification shall be rescheduled from July 25, 2008, to a date to be set by the Court.

Dated: April 8, 2008                                  DYKEMA GOSSETT LLP


By: */s/ Patricia M. Coleman*
    Patricia M. Coleman
    Peter M. Kellett, *Pro Hac Vice*
    Tamara A. Husbands
    Attorneys for Defendant
    GENERAL MOTORS CORPORATION

Dated: April 8, 2008                                    SHEPHERD, FINKELMAN, MILLER & SHAH, LLP


By: */s/ Natalie Finkelman Bennett*
James C. Shah, *Pro Hac Vice*
Natalie Finkelman Bennett, *Pro Hac Vice*
Attorneys for Plaintiffs
William O'Connor and Melody O'Connor

**ORDER**

Good cause appearing, the Court hereby Orders the following:

1    The date on which Plaintiffs' Motion for Class Certification shall be filed is moved from April 11, 2008, to July 8, 2008;

2.   The date on which Defendant's Opposition shall be filed is moved from May 23, 2008, to August 19, 2008;

3.   The date on which Plaintiffs' Reply shall be filed is moved from June 13, 2008, to September 9, 2008; and

4.   The Hearing on Plaintiffs' Motion for Class Certification shall be rescheduled from July 25, 2008, to October 3, 2008 at 10:00 a.m.

Dated: April 10, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071.

On April 8, 2008, I served the foregoing document described as **AMENDED STIPULATION REGARDING MODIFICATION OF PRETRIAL SCHEDULING ORDER (PROPOSED) ORDER** on all interested parties in this action as follows:

See Attached List.

☐ (**BY MAIL**) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☒ (**BY E-FILING**) Via the court required e-filing service.

☐ (**BY PERSONAL SERVICE**) I delivered such envelope by hand to the offices of the addressee.

☐ (**BY OVERNIGHT**) Via Federal Express.

☐ (**BY FACSIMILE**) By transmitting in true copy thereof by facsimile from facsimile umber (213) 457-1850 to the facsimile number(s) shown above.

☐ (State) I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 8, 2008, at Los Angeles, California.

    ___/s/ Martha Alvarez_____
    Martha Alvarez

**William O'Connor, et al. v. General Motors Corporation**
**USDC (Eastern District) Case No. 2:07-CV-00892-FCD-GGH**

| | |
|---|---|
| Mark F. Anderson, Esq.<br>Matthew Da Vega, Esq.<br>Kemnitzer, Anderson, Barron & Ogilvie<br>445 Bush St., 6th Floor<br>San Francisco, CA 94108<br><br>mark@kabolaw.com<br>matthew@kabolaw.com | Attys for Plaintiffs<br><br>415/623-3784<br>F:  415/861-3151 |
| James E. Miller<br>Karen M. Leser<br>Shepherd, Finkelman, Miller & Shah<br>65 Main Street<br>Chester, CT 06412<br><br>jmiller@sfmslaw.com<br>kleser@sfmslaw.com | Attys for Plaintiffs<br><br>860/526-1100<br>F:  860/526-1120 |
| James C. Shah<br>Shepherd, Finkelman, Miller &  Shah<br>35 E. State Street<br>Media, PA 19063<br><br>jshah@sfmslaw.com | Attys for Plaintiffs<br><br>610/891-9880<br>F:  610/891-9883 |

PAS01\70226.1
ID\PMC

AMENDED STIPULATION RE MODIFICATION OF PRETRIAL SCHEDULING ORDER; ORDER