UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

WILLIAM O'CONNOR & MELODY O'CONNOR, On Behalf Of Themselves And All Others Similarly Situated,

       Plaintiffs,

  v.

GENERAL MOTORS CORPORATION,

       Defendant.

_____/

NO. CIV. S-07-892 FCD GGH

<u>CONSOLIDATED CASE ORDER</u>

DAMON MAURO, On Behalf Of Himself and All Others Similarly Situated,

       Plaintiffs,

  v.

GENERAL MOTORS CORPORATION,

       Defendant.

NO. CIV. S-07-2469 FCD GGH

----oo0oo----

    On April 11, 2008, a joint motion for consolidation was filed by plaintiffs and defendant in the above-captioned cases,

seeking consolidation of the actions for all purposes.[1]  (Docket #42 [CIV. S-07-892 FCD GGH], #22 [CIV. S-07-2469 FCD GGH].) Examination of these proposed class actions reveals that consolidation is appropriate pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  The actions involve plaintiffs with similar claims against the same defendant, are based on the same event (alleged tire failure on 2004, 2005 and 2006 Pontiac GTOs), and raise the same or similar claims, questions of fact and questions of law.  Consolidation will avoid unnecessary cost, confusion and delay.

    Therefore, the court makes the following order:

    1.  The action denominated "CIV. S-07-2469 FCD GGH" is hereby CONSOLIDATED with and, hereafter, shall be known as "CIV. S-07-892 FCD GGH." **Henceforth, the parties are instructed to file all documents in these consolidated cases under the denomination "CIV. S-07-892 FCD GGH."**

    2.  Any dates currently set in "CIV. S-07-892 FCD GGH," pursuant to the August 29, 2007 Status (Pre-trial Scheduling) Order and the various stipulations modifying the Order are hereby VACATED.

    3.  A Status (Pretrial Scheduling) Conference is set for June 20, 2008 at 10:00 a.m.  The parties shall file a *joint* status conference report on or before June 6, 2008.  At that time, the parties may re-submit for consideration their proposed scheduling order filed in conjunction with the motions to

---

[1] Because oral argument will not be of material assistance, the court orders these matters submitted on the briefs.  E.D. Cal. L.R. 78-230(h).

1 | consolidate.
2 |     4.  The clerk's office is directed to electronically file
3 | in "CIV. S-07-892 FCD GGH" a copy of the following documents from
4 | "CIV. 07-2469 FCD GGH:"  the first amended complaint, filed April
5 | 3, 2008 (Docket # 21), and the motion to dismiss the first
6 | amended complaint, filed May 2, 2008 (Docket #28).  The clerk's
7 | office is further instructed to close the file in "CIV. S-07-2469
8 | FCD GGH."
9 |     IT IS SO ORDERED.
10 | DATED: May 16, 2008
11 | _____
    FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE