Mark F. Anderson (SBN 44787)
KEMNITZER, ANDERSON, BARRON & OGILVIE LLP
445 Bush St, 6th Floor
San Francisco, CA 94108
Telephone: (415) 623-3784
Fax: (415) 861-3151
Email: mark@kabolaw.com

Attorneys for Plaintiffs

[Additional Counsel Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O'CONNOR. MELODY O'CONNOR, and JOHN PAIKAI, On Behalf Of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br><br>Defendant. | Case No. 2:07-cv-00892-FCD-GGH (Consolidated with 2:07-cv-2469 FCD GGH)<br><br>Class Action<br><br>**STIPULATION AND ORDER REGARDING FILING OF AMENDED COMPLAINT** |

Plaintiffs, William and Melody O'Connor and John Paikai ("Plaintiffs"), and Defendant, General Motors Corporation ("GM" or "Defendant"), respectfully submit this Stipulation and Proposed Order for the Court's consideration and, in support thereof, state as follows:

WHEREAS, on July 15, 2008, the Court entered a Memorandum and Order granting in part and denying in part GM's Motion to Dismiss John Paikai's First Amended Complaint, and granting Plaintiff leave to file an amended complaint;

WHEREAS, Plaintiffs and Defendant met and conferred about the timing of the filing of the Second Amended Complaint and about an extension of the ten days provided by the Federal Rules of Civil Procedure for the filing of the amendment:

///

1  NOW THEREFORE, the parties hereby STIPULATE AND AGREE as follows:

2  1. The Plaintiffs may file the Second Amended Complaint on or before Thursday, August 14, 2008.

3  2. Defendant may file its response to the Second Amended Complaint on or before Monday, September 15, 2008.

DATED: July 15, 2008   FIGARI & DAVENPORT, LLP

  /s/ Timothy A. Daniels
Attorney for Defendant, General Motors Corp.

DATED: July 15, 2008   KEMNITZER, ANDERSON, BARRON
OGILVIE & BREWER, LLP

  /s/ Mark F. Anderson
Mark F. Anderson
Attorney for Plaintiffs, William and
Melody O'Connor

IT IS SO ORDERED.

Dated:  July 15, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE