1  DYKEMA GOSSETT LLP
2  PATRICIA M. COLEMAN Bar No. 102646
   333 South Grand Avenue, Suite 2100
3  Los Angeles, CA 90071
   Telephone:  (213) 457-1800
4  Facsimile:   (213) 457-1850
5
   Attorneys for Defendant
6  GENERAL MOTORS CORPORATION

FIGARI & DAVENPORT, LLP
TIMOTHY A. DANIELS
Bar No. 05375190
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone:  (214) 939-2000
Facsimile:   (214) 939-2090

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O'CONNOR, MELODY O'CONNOR, AND JOHN PAIKAI, On Behalf Of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br><br>Defendant. | Case No. 2:07-CV-00892-FCD-GGH<br><br>Class Action<br><br>**STIPULATION AND ORDER REGARDING FILINGS RELATED TO AMENDED COMPLAINT** |

Defendant General Motors Corporation ("GM" or "Defendant") and Plaintiffs, Wiliam and Melody O'Connor and John Paikai ("Plaintiffs") respectfully submit this Stipulation and Order for the Court's consideration and, in support thereof, state as follows:

WHEREAS, on July 15, 2008, the Court entered a Stipulation allowing Defendant until Monday, September 15, 2008, to file its response to Plaintiffs' Second Amended Complaint;

WHEREAS, Plaintiffs and Defendant met and conferred about the timing of filings related to the Second Amended Complaint, including an extension of the deadline in the July 15, 2008 Stipulation for Defendant to respond to the Second Amended Complaint and time for Plaintiffs to respond to any motion to dismiss filed by Defendant, along with Defendant's reply:

NOW THEREFORE, the parties hereby STIPULATE AND AGREE as follows:

1. Defendant may file its response to the Second Amended Complaint on or before Monday, September 22, 2008;

2. Plaintiffs may file their response to any motion to dismiss the Second Amended Complaint on or before Wednesday, October 22, 2008;

3. Defendant may file its reply to Plaintiffs' response to any motion to dismiss the Second Amended Complaint on or before Friday, November 7, 2008; and

4. The hearing on any motion to dismiss the Second Amended Complaint will be set for Friday, November 14, 2008 at 10:00 a.m. in Courtroom 2.

| | |
|---|---|
| Dated:  September 11, 2008 | D<small>YKEMA</small> G<small>OSSETT</small> LLP |
| | |
| | By: */s/ Patricia M. Coleman* |
| | Patricia M. Coleman |
| | |
| | F<small>IGARI</small> & D<small>AVENPORT</small>, LLP |
| | |
| | By: */s/ Timothy A. Daniels* |
| | Timothy A. Daniels |
| | |
| | ATTORNEYS FOR DEFENDANT GENERAL MOTORS CORPORATION |
| | |
| DATED:  September 11, 2008 | KEMNITZER, ANDERSON, BARRON & OGILVIE LLP |
| | |
| | By:  */s/ Mark F. Anderson* |
| | Mark F. Anderson |
| | |
| | ATTORNEY FOR PLAINTIFFS |

## **ORDER**

Good cause appearing, the Court hereby ORDERS as follows:

1. Defendant may file its response to the Second Amended Complaint on or before Monday, September 22, 2008;

2. Plaintiffs may file their response to any motion to dismiss the Second Amended Complaint on or before Wednesday, October 22, 2008;

3. Defendant may file its reply to Plaintiffs' response to any motion to dismiss the Second Amended Complaint on or before Friday, November 7, 2008; and

4. The hearing on any motion to dismiss the Second Amended Complaint will be set for Friday, November 14, 2008 at 10:00 a.m. in Courtroom 2.

Dated: September 12, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE