UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAIKAI, On behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br><br>Defendant.<br>_____<br>DAVID B. SIDNER, on behalf of Himself, and all others similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br><br>Defendant | Case No. 2:07-CV-00892-FCD-GGH<br><br>Class Action<br><br><br><br><br>**ORDER GRANTING DEFENDANT EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT OF DAVID B. SIDNER, AND THIRD AMENDED COMPLAINT OF JOHN PAIKAI** |

Good cause appearing, the Court hereby ORDERS as follows:

Defendant may file its response to the Paikai Complaint and Sidner Complaint on or before Monday, March 30, 2009.

Dated: March 2, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE